B.

APRIL TERM, 1795.

## Carnes *v.* Duncan, Administrator.

THE Defendant pleaded *Payment* and *Nul tiel Record ;* and on Motion, on the part of the

Plaintiff, the Court ordered the Defendant to elect by which of the two Pleas he would abide; thereby deciding that where there are *feveral* Pleas, *Nul tiel* Record can never be *one* of them. The Principle of the Decifion was declared to be, that *Nul tiel Record* being a Matter, the Knowledge of the Proof of which the Defendant might reduce to *abfolute* Certainty, it was not within the Reafon of the Statute enabling Defendants to plead *feveral* Pleas, for that the fole Intent of the Statute was to relieve againft the Hardfhip of reftricting a Defendant, having *feveral* Matters of juft Defence, all of them however of a Nature, that the Proof of them cannot be previoufly *pofitively* afcertained, to reft his Caufe on *one* of them only.